**No. 60501.**—M. Pressner & Co. *v.* United States, protest 268068–K (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the articles in question are not chiefly used for the amusement of children; that they are in chief value of antimony; and that they are not plated with platinum, gold, or silver, or colored with gold lacquer, the claim of the plaintiff was sustained.

**No. 60502.**—Haddad & Sons *v.* United States, protests 215596–K and 228441–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the items marked "A" consist of pearl ladders and strips similar in all material respects to those the subject of Abstract 60159, the claim at 50 percent under paragraph 218 (f), as modified by T. D. 51802, supplemented by T. D. 51898, was sustained. The item marked "B," stipulated to consist of silk scarves or squares similar to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), were held dutiable at 32½ percent under paragraph 1210, as modified by T. D. 52739.